## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTATE OF TREY JOYNER, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NUMBER: |
| | ) |
| | ) JUDGE: |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA *et al.*, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant the District of Columbia and the Metropolitan Police Department[1] (collectively "Defendants"), by and through their counsel, respectfully remove to this Honorable Court the above action from the Superior Court of the District of Columbia (Case Number 2010 CA 0004290 B; filed on June 7, 2010). The grounds for removal are as follows:

1.    Plaintiff, the Estate of Trey Joyner, has filed an action against Defendants in the Superior Court for the District of Columbia, Civil Division, Case No. 2010 CA 004290 B, pursuant to 42 U.S.C. §§ 1983 and 1988 alleging that the defendants violated the Fourth and Fourteenth Amendments of the Constitution, when Defendants allegedly shot and killed Trey Joyner at or near an alley at Holbrook Street, N.E. in Washington, D.C.

2.    This action is removable to this Court because of the existence of a federal question raised by plaintiff's Complaint. Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the

---

[1] Named in complaint as District of Columbia Police.

citizenship or residence of the parties. See 28 U.S.C. § 1441(b). Section III of the Complaint raises federal questions.

According to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint through service or otherwise, to file its removal of an action to the United States District Court. The Defendants received notice of this action on or about August 5, 2010. Therefore, removal of this action is timely.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received or sent by undersigned counsel in this matter are attached hereto as Exhibit 1.

**DATED:  September 3, 2010**

Respectfully submitted,

PETER NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/  KIMBERLY M. JOHNSON
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. I

SORIYA R. CHHE [#986736]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C.  20001
202-724-6522 / phone
202-741-0581/ fax
soriya.chhe@dc.gov

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2010, a copy of the foregoing NOTICE OF REMOVAL was mailed via first class mail, postage prepaid, to:

David E. Fox
1325 18th St N.W. #103
Washington, DC 20036
*Counsel for Plaintiff*

Eric Holder
Attorney General for the United States
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
*Counsel for Defendant the United States*

SORIYA R. CHHE
Assistant Attorney General

6-15-10



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ESTATE OF TREY JOYNER

Vs.                                          C.A. No.        2010 CA 004290 B

UNITED STATES OF AMERICA

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge ROBERT I RICHTER
Date:  June 9, 2010
Initial Conference: 9:30 am, Friday, September 17, 2010
Location:  Courtroom 213
          500 Indiana Avenue N.W.
          WASHINGTON, DC  20001

Caio.doc

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W.,  Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

Estate of Trey Joyner

*Plaintiff*

vs.

Civil Action No. ___0004290-10___

District of Columbia
*Defendant*

Serve Office of Attorney General

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below.   If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

David E. Fox  #165258
Name of Plaintiff's Attorney

1325  18th Street, NW, #103
Address
Washington, DC 20036

202 - 955 - 5300
Telephone

By _____
Deputy Clerk

Date _____

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **ESTATE OF TREY JOYNER** | : |
| **Brenda Joyner, Personal Representative** | : |
| **c/o David E. Fox** | : |
|     **1325 18th Street, N.W., Suite #103** | : |
|     **Washington, D.C. 20036** | : |

RE CE IVED

□ □ □ □ -7 P 6: 17

KC     ...E OF COLUMBIA

**and c/o John E. Drury**
**1900 L Street, N.W., Suite #303**
**Washington, D.C. 20036**

CASE NO. ___0004290-10___

               *Plaintiffs,*

      Vs.

---

```
          FILED
  CIVIL ACTIONS BRANCH
       JUN 09 2010
      SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
      WASHINGTON, DC
```

---

**UNITED STATES OF AMERICA**
  **Serve: Eric H. Holder, Jr., Attorney General**
       **U.S. Department of Justice**
       **950 Pennsylvania Avenue, N.W.**
       **Washington, D.C. 20530**

      and

**UNITED STATES PARK POLICE**
  **Serve: Ken Salazar, Secretary**
       **U.S. Department of Interior**
       **1849 C Street, N.W.**
       **Washington, D.C. 20240**

      and

**SIX PARK POLICE OFFICERS:**
**UNKNOWN OFFICER 1**
**UNKNOWN OFFICER 2**
**UNKNOWN OFFICER 3**
**UNKNOWN OFFICER 4**
**UNKNOWN OFFICER 5**
**UNKNOWN OFFICER 6**

      and

**DISTRICT OF COLUMBIA**
  **Serve: Peter J. Nickles**
       **D.C. Attorney General**
       **441 4th Street, N.W., #1060 North**
       **Washington, D.C. 20001**



Case: 2010 CA 004298 B

|                                                    | :   |
| and                                                | :   |
|                                                    | :   |
| **DISTRICT OF COLUMBIA POLICE**                    | :   |
| **Serve: Peter J. Nickles**                        | :   |
| **D.C. Attorney General**                          | :   |
| **441 4ᵗʰ Street, N.W., #1060 North**              | :   |
| **Washington, D.C. 20001**                         | :   |
|                                                    | :   |
| and                                                | :   |
|                                                    | :   |
| **4 UNNAMED POLICE OFFICERS:**                     | :   |
| **UNKNOWN D.C. POLICE OFFICER 1**                  | :   |
| **UNKNOWN D.C. POLICE OFFICER 2**                  | :   |
| **UNKNOWN D.C. POLICE OFFICER 3**                  | :   |
| **UNKNOWN D.C. POLICE OFFICER 4**                  | :   |
|                                                    | :   |

*Defendants.* :

## COMPLAINT

Brenda Joyner, Personal Representative of the Estate of Trey Johnson, brings this action

on behalf of the Estate and on her own behalf, and states:

I. Federal and State Claims

This is an action for money damages brought pursuant to 42 U.S.C. §1983, §1988 *et. seq.*

and the Fourth and Fourteenth Amendments to the United States Constitution as well as the

Statutory and Common Law of the District of Columbia.

Plaintiffs sue both the denominated government and governmental entities and individual

police officers whose names will be substituted but which names defendants are currently

holding secret.

II. Jurisdiction and Venue

Jurisdiction and venue based on the fact that the incident complained of occurred in the

District of Columbia as well as upon 28 U.S.C. §§1331 and §§1343 and on the jurisdiction of

- 2 -

this Court to entertain claims arising in the District of Columbia as well as under District of Columbia Law.

III. Cause of Action

On or about June 8, 2009, defendant governmental entities and agencies and the individual defendants accosted, shot and killed Trey Alexander Joyner at or near an alley at Holbrook Street, N.E. in Washington, D.C.

It is averred by plaintiff, the Estate of Trey Alexander Joyner, and by Brenda Joyner that said act was not warranted in law and constituted an abuse and violation of the deceased's civil rights (42 U.S.C. §1983, §1988, Fourth and Fourteenth Amendments to the United States Constitution) as well as similarly unconstitutional as well as actionable under both Common Law and District of Columbia statutes.

IV. Parties

A. The deceased was a resident of Washington, D.C.

B. Brenda Joyner is the Personal Representative of the Estate of Trey Alexander Joyner and is the mother of the deceased.

C. Defendants United States Park Police Officers 1, 2, 3, 4, 5, and 6 are both individuals and agents/employees of the United States Park Police.

D. Defendants District of Columbia Police are both individuals and employees/agents of the District of Columbia.

V. Factual Averments

A. On or about _____ 8:00 p.m., Trey Joyner was in and about his vehicle on Holbrook Street, N.E. when accosted by defendants.

B. Decedent, while himself taking no improper action, was approached by defendants.

- 3 -

C. Defendants aggressively acted without proper cause to assault, shoot and kill Trey Alexander Joyner.

D. Trey Alexander Joyner lived for a short time and was in great pain and suffering from his injuries.

On or about June 8, 2009, Trey Alexander Joyner succumbed to his injuries and died.

## COUNT 1
### 42 U.S.C. §1983 – Wrongful Death

Paragraphs I through IV are incorporated herein by reference as though set forth in full.

Plaintiff Brenda Joyner, individually and as Personal Representative of the Estate of Trey Alexander Joyner, claims damages of five million dollars ($5,000,000) for the wrongful death of her son, Trey Alexander Joyner, and for her loss of his income, services, protection, care, love, companionship, comfort, guidance and counsel and for burial/funeral expenses under 42 U.S.C. §1983 and Common Law as well as District of Columbia Law.

## COUNT 2
### 42 U.S.C. §1983 – Survival Action

Paragraphs I through IV are incorporated by reference as though fully set forth.

Trey Alexander Joyner was forced to endure great pain and suffering and to incur medical expenses before his death and, although he did not survive to bring this action, it is brought by his estate.

Plaintiff Brenda Joyner claims damages of one million dollars ($1,000,000) for conscious pain and suffering and loss of aid incurred by Trey Alexander Joyner all under 42 U.S.C. §1983 and other referenced law.

- 4 -

## COUNT 3
### Assault and Battery – Wrongful Death

Paragraphs I and IV are incorporated by reference as though fully set forth.

Defendants assaulted and battered Trey Alexander Joyner.

Plaintiff Brenda Joyner, personally and as Personal Representative of the Estate of Trey

Alexander Joyner, claims five million dollars ($5,000,000) damages for the wrongful death of

Trey Alexander Joyner and for loss of his income, services, protection, care, society,

companionship, comfort, guidance, counsel and advice and for funeral/burial expenses under the

Common Law and Statutory Law of the District of Columbia.

## COUNT 4
### Assault and Battery – Survival Action

Paragraphs I through IV are incorporated herein by reference as though fully set forth.

Defendants assaulted and battered Trey Alexander Joyner and caused him to incur and

endure great pain and suffering and to incur medical expenses.

Decedent brought no action for this during his lifetime. Plaintiff Brenda Joyner claims

one million dollars ($1,000,000) damages for pain, suffering, and medical expenses under the

Common Law and District of Columbia Law.

**WHEREFORE**, plaintiffs pray for judgment as described heretofore against all

defendants.

Respectfully submitted,

David E. Fox, #165258
*Law Offices of David E. Fox & Assoc.*
1325 18th Street, N.W., Suite #103

- 5 -

Washington, D.C.  20036
(202) 955-5300
(202) 872-0200 – Facsimile
davidefox@gmail.com
*Counsel for Plaintiffs*

John E. Drury, Esquire
*Law Office of John E. Drury*
1900 L Street, N.W., Suite #303
Washington, D.C.  20036
(202) 463-6131
(202) 463-6695
jedrury@gmail.com
*Counsel for Plaintiffs*

## JURY DEMAND

Plaintiffs demand trial by a jury of six as to all issues.

David E. Fox, Esquire

- 6 -

**CA Form 1**

# Superior Court of the District of Columbia
### CIVIL DIVISION
**500 Indiana Avenue, N.W., Room JM-170**
**Washington, D.C. 20001  Telephone: 879-1133**

Estate of TREy JOyNER

*Plaintiff*

vs.

Civil Action No.  0004290-10

United States Of America
*Defendant*

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

DAVID E. FOX #165258
Name of Plaintiff's Attorney

1325 18th Street, NW, #103        By  atrina R. Smith
Address                                                          Deputy Clerk
Washington, DC 20036

202-955-5300                          Date   June 7, 2010
Telephone

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456(61a) 83

CA Form 1

# Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W.,  Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

Estate of TREY JOYNER

*Plaintiff*

vs.

United States Park Police

*Defendant*

Civil Action No. ___0004290-10___

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

David E. Fox # 165258
Name of Plaintiff's Attorney

1325 18th Street, NW, #103
Address
Washington, DC 20036

By Atruna R Smith
Deputy Clerk

202-955-5300
Telephone

Date June 7, 2010

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL
DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA
AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456(May 03)

**CA Form 1**

# Superior Court of the District of Columbia
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Estate of TREY JOYNER

*Plaintiff*

vs.

Civil Action No.     0004290-10

DISTRICT of Columbia
Office of Mayor *Defendant*

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

David E. Fox #165258
Name of Plaintiff's Attorney

1325 18th Street, NW, #103
Address
Washington, DC 20036

By atruria R Smith
Deputy Clerk

202-955-5300
Telephone

Date June 7, 2010

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/h1a) 03

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Estate of Trey Joyner

*Plaintiff*

vs.

Civil Action No. 0004290-10

District of Columbia
*Defendant*

Office of Attorney General

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

David E. Fox # 165258
Name of Plaintiff's Attorney

1325 18th Street, NW, #103    By  Atrina R. Smith
Washington, DC 20036                Deputy Clerk

202-955-5300                  Date  June 7, 2010
Telephone

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 83

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
**500 Indiana Avenue, N.W., Room JM-170**
**Washington, D.C. 20001 Telephone: 879-1133**

Estate of TREY JOYNER

*Plaintiff*

vs.

Civil Action No. 0004290-10

DISTRICT OF Columbia Police
*Defendant*

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

David E. Fox # 165258
Name of Plaintiff's Attorney

1325 18th Street, NW, #103
Address
Washington, DC 20036

By _Catrina B Smith_
Deputy Clerk

202-955-5300
Telephone

Date _June 7, 2010_

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/May 03



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ESTATE OF TREY JOYNER
Vs.

C.A. No.     2010 CA 004290 B

UNITED STATES OF AMERICA

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge ROBERT I RICHTER
Date:  June 9, 2010
Initial Conference: 9:30 am, Friday, September 17, 2010
Location:  Courtroom 213
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

**INFORMATION SHEET**

0001290-10
~~RECEIVED~~

ESTATE of TRy Joynsr et al

Case Number: _____

vs

United Stake et al

Date: 6-7-1/07 P b 19

~~... OF COLUMBIA~~

| | |
|---|---|
| **Name:** *(please print)*  DAVID  E FOX | Relationship to Lawsuit<br>☑ Attorney for Plaintiff |
| **Firm Name:** DAVID  E FOX & USOCIATES | ☐ Self (Pro Se) |
| **Telephone No.:** 202 955 5300  Six digit Unified Bar No.: 165258 | Other: _____ |

TYPE OF CASE: ☐ Non-Jury   ☑ 6 Person Jury   ☐ 12 Person Jury

Demand:$ 1,0,000,000.   Other: _____

**PENDING CASE(S) RELATED TO THE ACTION BEING FILED**

Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar #: _____

---

**NATURE OF SUIT:** *(Check One Box Only)*

**A. CONTRACTS**

| | | **COLLECTION CASES** |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 07 Personal Property | ☐ 14 Under $25,000 Pltf. Grants Consent |
| ☐ 02 Breach of Warranty | ☐ 09 Real Property-Real Estate | ☐ 16 Under $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 12 Specific Performance | ☐ 17 OVER $25,000 |
| ☐ 15 _____ | | |

**B. PROPERTY TORTS**

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | ☐ 06 Traffic Adjudication |
| ☐ 07 Shoplifting, D.C. Code § 27-102(a) | | |

**C. PERSONAL TORTS**

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 09 Harassment | ☐ 17 Personal Injury – (Not |
| ☐ 02 Alienation of Affection | ☐ 10 Invasion of Privacy | Automobile, Not Malpractice) |
| ☐ 03 Assault and Battery | ☐ 11 Libel and Slander | ☑ 18 Wrongful Death (Not malpractice) |
| ☐ 04 Automobile-Personal Injury | ☐ 12 Malicious Interference | ☐ 19 Wrongful Eviction |
| ☐ 05 Deceit (Misrepresentation) | ☐ 13 Malicious Prosecution | ☐ 20 Friendly Suit |
| ☐ 06 False Accusation | ☐ 14 Malpractice Legal | ☐ 21 Asbestos |
| ☐ 07 False Arrest | ☐ 15 Malpractice Medical (Including wrongful death) | ☐ 22 Toxic/Mass Torts |
| ☐ 08 Fraud | ☐ 16 Negligence–(Not Automobile, Not Malpractice) | ☐ 23 Tobacco |

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/July. 07

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division
### 500 Indiana Avenue, NW
#### Washington, D.C. 20001

### August 13, 2010

CASE NAME:   ESTATE OF TREY JOYNER  **vs**  UNITED STATES OF AMERICA
CASE NO.   2010 CA 004290 B

Plaintiff having failed to file an affidavit evidencing service on the defendant within the time
frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without
prejudice.

versus

---

ALL DEFENDANTS

---

---

## ORDER OF DISMISSAL



D. C. Superior Court
500 Indiana Avenue NW
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Mr DAVID E FOX
1325 18TH STREET, N.W.
SUITE #103
WASHINGTON, DC 20036

SEE REVERSE SIDE FOR
OPENING INSTRUCTIONS

2010 CA 004290 B

CAOOD-4m.doc

# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division    RECEIVED

| | |
|---|---|
| **ESTATE OF TREY JOYNER** | : 2010 AUG -6 P 8: 04 |
| Brenda Joyner, Personal Representative | : |
| c/o David E. Fox | : ... OF COLUMBIA |
| 1325 18th Street, N.W., Suite #103 | : |
| Washington, D.C. 20036 | : |
| | : |
| and c/o John E. Drury | : |
| 1900 L Street, N.W., Suite #303 | : **CASE NO. 2010 CA 004290** |
| Washington, D.C. 20036 | : |
| *Plaintiffs*, | : |
| Vs. | : |
| | : |
| **UNITED STATES OF AMERICA** | : |
| Serve: Eric H. Holder, Jr., Attorney General | : |
| U.S. Department of Justice | : |
| 950 Pennsylvania Avenue, N.W. | : |
| Washington, D.C. 20530 | : |
| | : |
| **and** | : |
| | : |
| **UNITED STATES PARK POLICE** | : |
| Serve: Ken Salazar, Secretary | : |
| U.S. Department of Interior | : |
| 1849 C Street, N.W. | : |
| Washington, D.C. 20240 | : |
| | : |
| **and** | : |
| | : |
| **SIX PARK POLICE OFFICERS:** | : |
| **UNKNOWN OFFICER 1** | : |
| **UNKNOWN OFFICER 2** | : |
| **UNKNOWN OFFICER 3** | : |
| **UNKNOWN OFFICER 4** | : |
| **UNKNOWN OFFICER 5** | : |
| **UNKNOWN OFFICER 6** | : |
| | : |
| **and** | : |
| | : |
| **DISTRICT OF COLUMBIA** | : |
| Serve: Peter J. Nickles | : |
| D.C. Attorney General | : |
| 441 4th Street, N.W., #1060 North | : |
| Washington, D.C. 20001 | : |



FILED

AUG ...
Super...
of the District of Columbia
Washington, D.C.



Case: 2010 CA 004290 R
00039012R26
DKT: CIVRSSC

|                                                        |   |
|--------------------------------------------------------|---|
| and                                                    | : |
|                                                        | : |
| **DISTRICT OF COLUMBIA POLICE**                        | : |
| Serve: Peter J. Nickles                                | : |
| D.C. Attorney General                                  | : |
| 441 4th Street, N.W., #1060 North                      | : |
| Washington, D.C.  20001                                | : |
|                                                        | : |
| and                                                    | : |
|                                                        | : |
| **4 UNNAMED POLICE OFFICERS:**                         | : |
| **UNKNOWN D.C. POLICE OFFICER 1**                      | : |
| **UNKNOWN D.C. POLICE OFFICER 2**                      | : |
| **UNKNOWN D.C. POLICE OFFICER 3**                      | : |
| **UNKNOWN D.C. POLICE OFFICER 4**                      | : |
|                                                        | : |
|                                             *Defendants.* | : |

## AFFIDAVIT OF SERVICE

I, Maria P. Droz, am a Legal Assistant to Attorney David E. Fox at the Law Offices of

David E. Fox & Associates. On Thursday, August 5, 2010, I served (via hand-delivery) the Trey

Alexander Joyner Summons and Complaint, addressed to Attorney Eric Holder in his capacity as

Attorney General for the United States, to Mr. Roosevelt Wilson (Mail Clerk) at the United

States Attorney General's Office located at 950 Pennsylvania Avenue, N.W., Washington, D.C.

Mr. Wilson stated that he had authority to accept service.

I certify that I am an adult and am not a party to this case.

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this __12__ day of ___August___ ___2010___

_____
Notary Public, D.C.
My commission expires___Nov 15, 2014___

Maria P. Droz, Legal Assistant
1325 18th Street, N.W., Suite #103
Washington, D.C.  20036
(202) 955-5300

2.

# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division　　RECEIVED

**ESTATE OF TREY JOYNER**　　　　　　　　　:　　2010 AUG -6  P 8: 03
Brenda Joyner, Personal Representative　　　:
c/o David E. Fox　　　　　　　　　　　　　:
　　1325 18th Street, N.W., Suite #103　　　:　　DIST OF COLUMBIA
　　Washington, D.C. 20036　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　and c/o John E. Drury　　　　　　　　　:
　　1900 L Street, N.W., Suite #303　　　　　:　　**CASE NO. 2010 CA 004290**
　　Washington, D.C. 20036　　　　　　　　:
　　　　　　　　　　　　*Plaintiffs*,　　　:
　　　　　　　　　Vs.　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
**UNITED STATES OF AMERICA**　　　　　　:
　Serve: Eric H. Holder, Jr., Attorney General　:
　　　U.S. Department of Justice　　　　　:
　　　950 Pennsylvania Avenue, N.W.　　　:
　　　Washington, D.C. 20530　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　and　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
**UNITED STATES PARK POLICE**　　　　　:
　Serve: Ken Salazar, Secretary　　　　　　:
　　　U.S. Department of Interior　　　　　:
　　　1849 C Street, N.W.　　　　　　　:
　　　Washington, D.C. 20240　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　and　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
**SIX PARK POLICE OFFICERS:**　　　　　:
**UNKNOWN OFFICER 1**　　　　　　　　:
**UNKNOWN OFFICER 2**　　　　　　　　:
**UNKNOWN OFFICER 3**　　　　　　　　:
**UNKNOWN OFFICER 4**　　　　　　　　:
**UNKNOWN OFFICER 5**　　　　　　　　:
**UNKNOWN OFFICER 6**　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　and　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
**DISTRICT OF COLUMBIA**　　　　　　　:
　Serve: Peter J. Nickles　　　　　　　　:
　　　D.C. Attorney General　　　　　　:
　　　441 4th Street, N.W., #1060 North　　:
　　　Washington, D.C. 20001　　　　　　:



FILED
CIVIL ACTIONS BRANCH
A...
of the District...
Washington, D.C.



and                                   :
                                      :
                                      :
**DISTRICT OF COLUMBIA POLICE**       :
  Serve: Peter J. Nickles          :
     D.C. Attorney General          :
     441 4th Street, N.W., #1060 North  :
     Washington, D.C. 20001         :
                                      :
and                                   :
                                      :
**4 UNNAMED POLICE OFFICERS:**        :
**UNKNOWN D.C. POLICE OFFICER 1**     :
**UNKNOWN D.C. POLICE OFFICER 2**     :
**UNKNOWN D.C. POLICE OFFICER 3**     :
**UNKNOWN D.C. POLICE OFFICER 4**     :
                                      :
                       *Defendants.*  :

## AFFIDAVIT OF SERVICE

I, Maria P. Droz, am a Legal Assistant to Attorney David E. Fox at the Law Offices of

David E. Fox & Associates. On Thursday, August 5, 2010, I served (via hand-delivery) the Trey

Alexander Joyner Summons and Complaint, addressed to Interior Secretary Ken Salazar, to

Assistant Solicitor Jim Weiner at the United States Department of Interior located at 1849 C

Street, N.W., Washington, D.C. Mr. Weiner stated that he had authority to accept service.

I certify that I am an adult and am not a party to this case.

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this __12__ day of __August__, __2010__

Notary Public, D.C.
My commission expires __Nov 15, 2014__

Maria P. Droz, Legal Assistant
1325 18th Street, N.W., Suite #103
Washington, D.C. 20036

2

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

**ESTATE OF TREY JOYNER**
Brenda Joyner, Personal Representative
c/o David E. Fox
   1325 18th Street, N.W., Suite #103
   Washington, D.C. 20036

and c/o John E. Drury
1900 L Street, N.W., Suite #303
Washington, D.C. 20036

            *Plaintiffs,*

      Vs.

**UNITED STATES OF AMERICA**
Serve: Eric H. Holder, Jr., Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530

and

**UNITED STATES PARK POLICE**
Serve: Ken Salazar, Secretary
    U.S. Department of Interior
    1849 C Street, N.W.
    Washington, D.C. 20240

and

**SIX PARK POLICE OFFICERS:**
**UNKNOWN OFFICER 1**
**UNKNOWN OFFICER 2**
**UNKNOWN OFFICER 3**
**UNKNOWN OFFICER 4**
**UNKNOWN OFFICER 5**
**UNKNOWN OFFICER 6**

and

**DISTRICT OF COLUMBIA**
Serve: Peter J. Nickles
     D.C. Attorney General
     441 4th Street, N.W., #1060 North
     Washington, D.C. 20001

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

2010 JG -b P 8: 03

DISTRICT OF COLUMBIA

**CASE NO. 2010 CA 004290**



FILED
CIVIL ACTIONS BRANCH
AUG 1 3
Super...
of the District Court
Washington, D.C



and                                    :
                                       :
**DISTRICT OF COLUMBIA POLICE**        :
Serve: Peter J. Nickles                :
        D.C. Attorney General          :
        441 4ᵗʰ Street, N.W., #1060 North   :
        Washington, D.C.  20001        :
                                       :
and                                    :
                                       :
**4 UNNAMED POLICE OFFICERS:**         :
**UNKNOWN D.C. POLICE OFFICER 1**      :
**UNKNOWN D.C. POLICE OFFICER 2**      :
**UNKNOWN D.C. POLICE OFFICER 3**      :
**UNKNOWN D.C. POLICE OFFICER 4**      :
                                       :
                        *Defendants.*  :

## AFFIDAVIT OF SERVICE

I, Maria P. Droz, am a Legal Assistant to Attorney David E. Fox at the Law Offices of

David E. Fox & Associates.  On Thursday, August 5, 2010, I served (via hand-delivery) the Trey

Alexander Joyner Summons and Complaint, addressed to Assistant Attorney General Peter J.

Nickles in his capacity as Attorney General for the District of Columbia, to Attorney Robert C.

Utiger at the Attorney General's Office located at 441 Fourth Street, N.W., Washington, D.C.

20001.  Mr. Utiger stated that he had authority to accept service.

I certify that I am an adult and am not a party to this case.



District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this  12  day of  _august_  ,  2010

_____
            Notary Public, D.C.
My commission expires  _Nov 15, 2014_

ERIC DUNNER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 15, 2014  - 2 -

Maria P. Droz, Legal Assistant
1325 18ᵗʰ Street, N.W., Suite #103
Washington, D.C.  20036

# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division

RECEIVED

**ESTATE OF TREY JOYNER**
Brenda Joyner, Personal Representative
c/o David E. Fox
1325 18th Street, N.W., Suite #103
Washington, D.C. 20036

and c/o John E. Drury
1900 L Street, N.W., Suite #303
Washington, D.C. 20036

*Plaintiffs*,

Vs.

**UNITED STATES OF AMERICA**
Serve: Eric H. Holder, Jr., Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

and

**UNITED STATES PARK POLICE**
Serve: Ken Salazar, Secretary
U.S. Department of Interior
1849 C Street, N.W.
Washington, D.C. 20240

and

**SIX PARK POLICE OFFICERS:**
**UNKNOWN OFFICER 1**
**UNKNOWN OFFICER 2**
**UNKNOWN OFFICER 3**
**UNKNOWN OFFICER 4**
**UNKNOWN OFFICER 5**
**UNKNOWN OFFICER 6**

and

**DISTRICT OF COLUMBIA**
Serve: Peter J. Nickles
D.C. Attorney General
441 4th Street, N.W., #1060 North
Washington, D.C. 20001

2010 AUG -6 P 8: 03

DISTRICT OF COLUMBIA

**CASE NO. 2010 CA 004290**


FILED
CIVIL A...
ALL...
OF...
or Columbia
Washington, D.C.



and                                           :
                                              :
**DISTRICT OF COLUMBIA POLICE**               :
Serve: **Peter J. Nickles**                   :
       **D.C. Attorney General**              :
       **441 4th Street, N.W., #1060 North**  :
       **Washington, D.C.  20001**            :
                                              :
       and                                    :
                                              :
**4 UNNAMED POLICE OFFICERS:**                :
**UNKNOWN D.C. POLICE OFFICER 1**             :
**UNKNOWN D.C. POLICE OFFICER 2**             :
**UNKNOWN D.C. POLICE OFFICER 3**             :
**UNKNOWN D.C. POLICE OFFICER 4**             :
                                              :
                            *Defendants.*   :

## AFFIDAVIT OF SERVICE

I, Maria P. Droz, am a Legal Assistant to Attorney David E. Fox at the Law Offices of

David E. Fox & Associates.  On Thursday, August 5, 2010, I served (via hand-delivery) the Trey

Alexander Joyner Summons and Complaint, addressed to Assistant Attorney General Peter J.

Nickles in his capacity as Attorney General for the District of Columbia, to Attorney Robert C.

Utiger at the Attorney General's Office located at 441 Fourth Street, N.W., Washington, D.C.

20001.  Mr. Utiger stated that he had authority to accept service.

I certify that I am an adult and am not a party to this case.

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this __12 day of__ *August* _____ __2010__

Notary Public, D.C.
My commission expires_____ *Nov 15, 2014*

Maria P. Droz, Legal Assistant
1325 18th Street, N.W., Suite #103
Washington, D.C.  20036

- 2 -

$C_{A}$

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division   RECEIVED

ESTATE OF TREY JOYNER
Brenda Joyner, Personal Representative
c/o David E. Fox
   1325 18th Street, N.W., Suite #103
   Washington, D.C. 20036

   and c/o John E. Drury
   1900 L Street, N.W., Suite #303
   Washington, D.C. 20036

                  *Plaintiffs*,

       Vs.

UNITED STATES OF AMERICA
  Serve: Eric H. Holder, Jr., Attorney General
      U.S. Department of Justice
      950 Pennsylvania Avenue, N.W.
      Washington, D.C. 20530

       and

UNITED STATES PARK POLICE
  Serve: Ken Salazar, Secretary
      U.S. Department of Interior
      1849 C Street, N.W.
      Washington, D.C. 20240

       and

SIX PARK POLICE OFFICERS:
UNKNOWN OFFICER 1
UNKNOWN OFFICER 2
UNKNOWN OFFICER 3
UNKNOWN OFFICER 4
UNKNOWN OFFICER 5
UNKNOWN OFFICER 6

       and

DISTRICT OF COLUMBIA
  Serve: Peter J. Nickles
      D.C. Attorney General
      441 4th Street, N.W., #1060 North
      Washington, D.C. 20001

2010 UG -6  P 8: 03

DIST OF COLUMBIA

CASE NO. 2010 CA 004290



FILED
CIVIL ACTION ... NC.
AUG 1 3 2010
Superior ...
of the District of Columbia
Washington, D.C.



Case: 2010 CA 004290 B

Dkt: CIVASSC

|                                                           |     |
|-----------------------------------------------------------|-----|
| and                                                       | :   |
|                                                           | :   |
| **DISTRICT OF COLUMBIA POLICE**                           | :   |
|   **Serve: Peter J. Nickles**                   | :   |
|     **D.C. Attorney General**         | :   |
|     **441 4th Street, N.W., #1060 North** | : |
|     **Washington, D.C.  20001**       | :   |
|                                                           | :   |
| and                                                       | :   |
|                                                           | :   |
| **4 UNNAMED POLICE OFFICERS:**                            | :   |
| **UNKNOWN D.C. POLICE OFFICER 1**                         | :   |
| **UNKNOWN D.C. POLICE OFFICER 2**                         | :   |
| **UNKNOWN D.C. POLICE OFFICER 3**                         | :   |
| **UNKNOWN D.C. POLICE OFFICER 4**                         | :   |
|                                                           | :   |
| *Defendants.*                                             | :   |

## AFFIDAVIT OF SERVICE

I, Maria P. Droz, am a Legal Assistant to Attorney David E. Fox at the Law Offices of

David E. Fox & Associates.  On Thursday, August 5, 2010, I served (via hand-delivery) the Trey

Alexander Joyner Summons and Complaint, addressed to Assistant Attorney General Peter J.

Nickles in his capacity as Attorney General for the District of Columbia Police, to Attorney

Robert C. Utiger at the Attorney General's Office located at 441 Fourth Street, N.W.,

Washington, D.C. 20001.  Mr. Utiger stated that he had authority to accept service.

I certify that I am an adult and am not a party to this case.

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this __12__ day of __Aug u s t__ , 2010

Notary Public, D.C.
My commission expires __Nov 15 2014__

Maria P. Droz, Legal Assistant
1325 18th Street, N.W., Suite #103
Washington, D.C.  20036
(202) 955-5300

- 2 -

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### CIVIL DIVISION

FILED
CASE MONITORING OFFICE

AUG 1 8 2010

Superior Court
of the District of Columbia
Washington, D.C.

Plaintiff(s)   **ESTATE OF TREY JOYNER**

**VS**

**CIVIL ACTIONS**: 10CA4290

Defendant(s)  **UNITED STATES OF AMERICA, ET AL**

### ORDER

Pursuant to Superior Court Rule 60(a), the dismissal entered on August 13, 2010 as to all
defendants was entered inadvertently. Affidavits of Service was filed the same the day
the complaint was dismissed. Therefore the dismissal is vacated as to all defendants.

Deputy Clerk

Copies to: DAVID E.  FOX

**MAILED**  AUG 1 8 2010
**DOCKETED**  AUG 1 8 2010

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**August 18, 2010**

CASE NAME:    ESTATE OF TREY JOYNER Vs. UNITED STATES OF AMERICA et al

CASE NO.      2010 CA 004290 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.  The attorneys and any party not represented by an attorney must appear before Judge ROBERT I RICHTER.

**HEARING DATE: Friday, September 17, 2010**
**TIME: 9:30 am**
**LOCATION:  500 Indiana Avenue N.W.**
          **Courtroom 213**
          **WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division

**MAILED**    AUG 1 9 2010



D. C. Superior Court
500 Indiana Avenue, N.W.
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Mr DAVID E FOX
1325 18TH STREET, N.W.
SUITE #103
WASHINGTON, DC
20036

2010 CA 004290 B

CANOH-1.doc
8/18/2010